No. 93–6316. RUNNINGEAGLE *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–6323. BROOKS *v.* AMERICAN BROADCASTING COS., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6329. HEGEDEOS *v.* DYKE COLLEGE BOARD OF TRUSTEES ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 93–6334. WASKO *v.* ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6336. SIAS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 93–6338. TYSON *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6350. CAMARENA *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SOUTH DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 93–6353. CRISP *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 93–6355. BALLARD *v.* KAISER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–6362. EPPERLY *v.* BOOKER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6364. HOOKS *v.* JENRETTE, JUDGE. C. A. 11th Cir. Certiorari denied.

No. 93–6366. ERIKSON *v.* ROWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6367. FLEMING *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–6370. BRISON *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.